IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN H. BURCKHARDT,

    Plaintiff,

v.

LISA WALKER, ROY R. KORTE,
MOST ALL IF NOT ALL ELECTED
OFFICERS IN COLUMBIA COUNTY and
A NUMBER OF PEOPLE IN THE
COLUMBIA COUNTY SHERIFF'S
DEPARTMENT,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-766-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for lack of subject matter jurisdiction.

_Peter Oppeneer_      1/24/13

Peter Oppeneer, Clerk of Court      Date